UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20008-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROY L. DENNIS,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. Pursuant to the Court's May 2, 2013 Order (DE 6), Plaintiff was required to file competent proof of service on Defendant by July 1, 2013. However, the docket indicates that no such filings have been made. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall **SHOW CAUSE** on or before **July 10, 2013** as to why this action should not be dismissed for failure to comply with an Order of the Court.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of July, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE